# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00636-CV

**Villa Montana Realty, LLC and Frank Greenberg, Appellants**

**v.**

**Kenneth Glasscock and Roxana Lavin, Appellees**

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-002588, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Villa Montana Realty, LLC and Frank Greenberg have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Kelly

Dismissed on Appellants' Motion

Filed: January 4, 2024